Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12340−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey S Harmon
  28 Silver Lake Drive
  Shamong, NJ 08088

Social Security No.:
  xxx−xx−2874

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 7, 2023.

Dated: August 7, 2023
JAN: rms

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey S Harmon  
    Debtor

Case No. 23-12340-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 07, 2023      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey S Harmon, 28 Silver Lake Drive, Shamong, NJ 08088-9302 |
| 519868948 | | Achieve Personal Loans, 1875 South Grant Street, #400-MENT LLC, Freedom Plus, San Mateo, CA 94402 |
| 519868958 | + | Higher Education Assistance, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519868964 | + | NJ Higher Education Assistance, 4 Quakerbridge Plaza, Trenton, NJ 08619-1241 |
| 519876187 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, Po box 16129, St. Paul, MN 55116-0129 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519868950 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 20:58:26 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519868949 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 20:48:09 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519898015 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2023 20:48:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519868951 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 20:37:00 | Bank of America, P.O. Box 45144, Jacksonville, FL 32232-5144 |
| 519877131 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 20:37:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519868952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 20:37:01 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 519868953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:47:46 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519868956 | | Email/Text: mrdiscen@discover.com | Aug 07 2023 20:37:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 519868954 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 07 2023 20:38:00 | Cross Country Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519930727 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 07 2023 20:38:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519927656 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 07 2023 20:38:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

Case 23-12340-CMG   Doc 26   Filed 08/09/23   Entered 08/10/23 00:16:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519868957 | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 07 2023 20:38:00 | Discover Home Equity Loans, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519868955 | + Email/Text: electronicbkydocs@nelnet.net | Aug 07 2023 20:39:00 | Dept of Ed/Nelnet, 121 S 13th St., Lincoln, NE 68508-1904 |
| 519875025 | Email/Text: mrdiscen@discover.com | Aug 07 2023 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519956402 | + Email/Text: ECMCBKNotices@ecmc.org | Aug 07 2023 20:38:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 55116-0408 |
| 519956401 | Email/Text: ECMCBKNotices@ecmc.org | Aug 07 2023 20:38:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 519868959 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2023 20:38:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 9019, Holtsville, NY 11742-9019 |
| 519868961 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 20:47:29 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 519887792 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 07 2023 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519917799 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 20:37:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519868962 | + Email/Text: Documentfiling@lciinc.com | Aug 07 2023 20:38:00 | Lending Club Corporatin, 595 Market Street, Suite 400, San Francisco, CA 94105-5839 |
| 519912586 | + Email/Text: Documentfiling@lciinc.com | Aug 07 2023 20:38:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519888971 | Email/PDF: pa_dc_claims@navient.com | Aug 07 2023 20:47:46 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519868963 | + Email/PDF: pa_dc_claims@navient.com | Aug 07 2023 20:48:05 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 519938844 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:47:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519938845 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:47:46 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519933550 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:36:11 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519868965 | + Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:26 | SYNCB/Amazon, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519869841 | + Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:47:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519868966 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:48:03 | Thd/cbna, One Court Square, Long Island City, NY 11120-0001 |
| 519868967 | + Email/Text: LCI@upstart.com | Aug 07 2023 20:38:00 | Upstart Network Inc, 2950 South Delaware Street, San Mateo, CA 94403-2580 |
| 519875203 | ^ MEBN | Aug 07 2023 20:32:44 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 34

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: plncf13 | Total Noticed: 39 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519898016 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519868960 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew B. Finberg | on behalf of Debtor Jeffrey S Harmon andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Discover Bank dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5