UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 111149B

**Order Filed on September 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeffrey S Harmon

Case No.: 23-12340-CMG

Hearing Date: August 16, 2023
Judge: Christine M. Gravelle

Chapter 13

|   |   |   |
|---|---|---|
| Recommended Local Form | ☒ Followed | __ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 11, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Discover Bank |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Andrew B. Finberg, Esquire |
| Property Involved ("Collateral"): | 28 Silver Lake Drive, Shamong, NJ 08088 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:

   ☒ The Debtor has brought the loan post-Petition current through and including the August 13, 2023 post-Petition payment.

   ☒ Beginning on September 13, 2023, regular monthly mortgage payments shall continue to be made in the amount of $890.60.

2. Payments to the Secured Creditor shall be made to the following address(es):

   ☒ Regular monthly payments and Monthly cure payments:

   > Discover Bank
   > 1 Corporate Drive, Suite 360
   > Lake Zurich, IL 60047

3. In the event of Default:

   ☒ If the Debtor does not make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

4. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $350.00, and costs of $188.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re: Jeffrey S Harmon
Debtor

Case No. 23-12340-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 1
Date Rcvd: Sep 11, 2023 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

**Recip ID        Recipient Name and Address**
db              + Jeffrey S Harmon, 28 Silver Lake Drive, Shamong, NJ 08088-9302

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

**Name            Email Address**

Albert Russo
docs@russotrustee.com

Andrew B. Finberg
on behalf of Debtor Jeffrey S Harmon andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert P. Saltzman
on behalf of Creditor Discover Bank dnj@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5