UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

In re:                                                                                          CASE NO.: 23-12340
                                                                                                      CHAPTER 13
Jeffrey S. Harmon,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CROSSCOUNTRY MORTGAGE, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

  Robertson, Anschutz, Schneid, Crane &
  Partners, PLLC
  Authorized Agent for Secured Creditor
  13010 Morris Road, Suite 450
  Alpharetta, GA   30004
  Telephone:  (470) 321-7112
  Facsimile:  (404) 393-1425

  By: /s/Sherri Dicks
      Sherri Dicks
      Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JEFFREY S HARMON
28 SILVER LAKE DRIVE
SHAMONG, NJ 08088

And via electronic mail to:

LAW OFFICES OF KEVIN FAYETTE, LLC
1675 WHITEHORSE MERCERVILLE ROAD
SUITE 204
HAMILTON, NJ 08619

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Journie Morosky