UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707

In Re:

Jeffrey S Harmon,
        Debtor.

Case No.:        23-12340-CMG

Chapter:            13

Hearing Date:      12/18/2024

Judge:        Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled        ☒ Withdrawn

Matter:  (DE 39) Motion for Relief from Stay re: 28 Silver Lake Drive Shamong, NJ 08088

_____

Date: 11/25/2024 _____        /s/ Cory F. Woerner _____
                                  Signature

*rev.8/1/15*