**Rob Saltzman, Esquire**
**PLUESE, BECKER, SALTZMAN & THOMAS, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
**File No. 111149B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **In re:** | : | **CASE NO. 23-12340-CMG** |
|  | : | **CHAPTER 13** |
| **Jeffrey S Harmon** | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
| **Debtor** | : | **OF NOTICES, PLEADINGS, ETC.** |
|  | : |  |

      Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Capital One, N.A., and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER, SALTZMAN & THOMAS, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

Capital One, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Capital One, N.A.

DATED: May 27, 2025