**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE:                                                   Case No. 23-12340-CMG
                                                         Chapter 13

Jeffrey S. Harmon

Debtor(s).

**<u>NOTICE OF APPEARANCE</u>**

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 009221995
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of March, 2026, to the following:

Kevin C. Fayette
Law Offices of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, NJ 08619
lawoffices@quiglevfayette.com
*Attorney for Debtor(s)*

Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Jeffrey S. Harmon
28 Silver Lake Drive
Shamong, NJ 08088-9302

*Debtor(s)*

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire