UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance of D.N.J. LBR 9004-1(b)**

Steven Kelly (NJ Bar # 010032010)
Stern & Eisenberg, PC
1120 Rt. 73, Suite 400
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Email: skelly@sterneisenberg.com

Attorney for Movant CrossCountry Mortgage, LLC

In Re:

Jeffrey S. Harmon

       Debtor(s)

Case No.: 23-12340-CMG

Chapter: 13

Hearing Date: April 22, 2026

Judge: Christine M. Gravelle

## CERTIFICATION CONCERNING PROPOSED ORDER

I Steven Kelly, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Motion for Relief from Automatic Stay filed on March 23, 2026:

### Orders to be Submitted

1.) ☑ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☑ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9013-4(d).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9013-4(d). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

Final paragraph options:

5.) ☑ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

*rev. 8/1/15*

OR

6.) ☑ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | ☑ Trustee |
| **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | ☑ U.S. Trustee |
| **Kevin C. Fayette**<br>Law Offices of Kevin Fayette, LLC<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | ☑ Counsel for Debtor |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: <u>May 11, 2026</u>                              /s/ Steven Kelly
                                                                    Signature

*rev. 8/1/15*

STEVEN KELLY, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON DIVISION)**

| In Re: | Chapter 13 |
|---|---|
| Jeffrey S. Harmon | Case Number: 23-12340-CMG |
| Debtor(s) | Hearing: April 22, 2026 |
| | Judge: Christine M. Gravelle |

**CERTIFICATE OF SERVICE**

1.      I, Steven Kelly, ESQ., am the attorney representing the Movant in the within Motion for Relief from Automatic Stay under §362(a) and the co-debtor stay pursuant to §1301 and of CrossCountry Mortgage, LLC.

2.      On May 11, 2026 I caused the following documents: *Certification Concerning Proposed Order and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Respectfully Submitted:

By:   */s/ Steven Kelly, ESQ.*
Steven Kelly, ESQ.
Stern & Eisenberg, PC
Counsel for Movant

Date: May 11, 2026

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Kevin C. Fayette, Esquire<br>1675 Whitehorse Mercerville Road<br>Suite 204<br>Hamilton, NJ 08619 | Debtor Counsel | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Jeffrey S. Harmon<br>28 Silver Lake Drive<br>Shamong, NJ 08088-9302 | Debtors | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee, Esquire<br>Office of the US Trustee<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Kathryn D Harmon<br>28 Silver Lake DR<br>Shamong, NJ 08088-9302 | Non-Filing Co-Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |