UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

In Re:
Jeffrey S. Harmon

  Debtor

**Order Filed on May 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 23-12340-CMG

Judge: Christine M Gravelle

Hearing Date(s): April 22, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four ( 4) is **ORDERED**.

**DATED: May 19, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Kevin C. Fayette |
| Property Involved ("Collateral"): | 28 Silver Lake DR, Shamong, NJ 08088-9302 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐ The Debtor is overdue for ___ months, from _____ to _____.

    ☐ The Debtor is overdue for ___ payments at $_____ per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☑ Applicant acknowledges Debtor is current on their monthly mortgage obligations and is due for May 1, 2026 payment with funds received after motion filed being listed as $2,230.45 in suspense.

    Total Arrearages Due  $0.00.

2. Debtor must cure all post-petition arrearages, as follows:

☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☑ Beginning on May 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $3,420.85 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____
_____
_____

☑ Regular monthly payment: Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment: _____
_____
_____

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑   In the event that this case is dismissed, discharged or converted to a different chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order shall be deemed null and void.

5.  Award of Attorneys' Fees:

☑   The Applicant is awarded attorneys fees of $675.00, and costs of $199.00.

The fees and costs are payable:

☑   through the Chapter 13 plan.

☐   to the Secured Creditor within _____ days.

☐   Attorneys' fees are not awarded.

_____
Kevin C. Fayette, Esquire
Counsel for Debtor


/s/ Steven Kelly
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

4