UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

**Order Filed on May 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jeffrey S. Harmon

      Debtor

Case Number: 23-12340-CMG

Judge: Christine M Gravelle

Hearing Date(s): April 22, 2026

Chapter: 13

| Recommended Local Form | | ☐ Followed | ☑ Modified |
|---|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four ( 4) is **ORDERED**.

**DATED: May 19, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Applicant:                         CrossCountry Mortgage, LLC

Applicant's Counsel:               Steven Kelly

Debtor's Counsel:                  Kevin C. Fayette

Property Involved ("Collateral"):    28 Silver Lake DR, Shamong, NJ 08088-9302

Relief sought:        ☑   Motion for relief from the automatic stay

                      ☐   Motion to dismiss

                      ☐   Motion for prospective relief to prevent imposition of automatic stay
                      against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the
following conditions:

1.  Status of post-petition arrearages:

    ☐   The Debtor is overdue for ___ months, from _____ to _____.

    ☐   The Debtor is overdue for ___ payments at $_____ per month.

    ☐   The Debtor is assessed for ___ late charges at $_____ per month.

    ☑   Applicant acknowledges Debtor is current on their monthly mortgage obligations and is due
    for May 1, 2026 payment with funds received after motion filed being listed as $2,230.45 in
    suspense.

    Total Arrearages Due  $0.00.

2

2. Debtor must cure all post-petition arrearages, as follows:

☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☑ Beginning on May 1, 2026, regular monthly mortgage payments shall continue to be made in the amount of $3,420.85 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____
_____
_____

☑ Regular monthly payment: Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment: _____
_____
_____

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑   In the event that this case is dismissed, discharged or converted to a different chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order shall be deemed null and void.

5. Award of Attorneys' Fees:

☑   The Applicant is awarded attorneys fees of $675.00, and costs of $199.00.

   The fees and costs are payable:

   ☑   through the Chapter 13 plan.

   ☐   to the Secured Creditor within _____ days.

☐   Attorneys' fees are not awarded.

_____
Kevin C. Fayette, Esquire
Counsel for Debtor


   /s/ Steven Kelly
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-12340-CMG

Jeffrey S Harmon                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Jeffrey S Harmon, 28 Silver Lake Drive, Shamong, NJ 08088-9302

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Cory Francis Woerner
    on behalf of Creditor CrossCountry Mortgage  LLC cwoerner@raslg.com

Douglas J. McDonough
    on behalf of Creditor Bank Of America  N.A. dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Kevin C. Fayette
    on behalf of Debtor Jeffrey S Harmon kfayette@kevinfayette.com

Matthew K. Fissel
    on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert P. Saltzman
    on behalf of Creditor Discover Bank dnj@pbslaw.org

District/off: 0312-3                           User: admin                                Page 2 of 2

Date Rcvd: May 19, 2026                        Form ID: pdf903                            Total Noticed: 1

Robert P. Saltzman
                    on behalf of Creditor Capital One  N.A. dnj@pbslaw.org

Sherri R. Dicks
                    on behalf of Creditor CrossCountry Mortgage  LLC sdicks@raslg.com, shrdlaw@hotmail.com

Steven Eisenberg
                    on behalf of Creditor RossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                    on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11